(No. 11116.—Judgment affirmed.)

THE PEOPLE *ex rel.* Joseph Rice, County Collector, Appellee, *vs.* JOHN HEALEA, Appellant.

*Opinion filed February 21, 1917—Rehearing denied April 5, 1917.*

This case is controlled by the decision in *People* v. *McKinnie,* (*ante,* p. 342.)

APPEAL from the County Court of McLean county; the Hon. JAMES C. RILEY, Judge, presiding.

DEMANGE, GILLESPIE & DEMANGE, for appellant.

LESLIE J. OWEN, City Attorney, and BARRY & MORRISSEY, for appellee.

Mr. CHIEF JUSTICE CRAIG delivered the opinion of the court:

On the application of the county clerk of McLean county the county court of that county entered an order for judgment of sale against the lands of appellant, John Healea, for a special assessment levied and assessed by the city of LeRoy.

The same questions are involved in this case that are involved in *People* v. *McKinnie,* (*ante,* p. 342,) and *People* v. *Rutledge,* (*ante,* p. 345,) and the points made in the briefs and arguments in the cases are identical. For the reasons given in the opinion of *People* v. *McKinnie, supra,* the judgment of the county court will be affirmed.

*Judgment affirmed.*